[No. 29877-1-I.  Division One.  March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE STODDARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02652-8, Norma Smith Huggins, J., entered December 6, 1991. *Reversed* by unpublished per curiam opinion.

[No. 27545-3-I.  Division One.  March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN DIAZ SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05066-8, Bobbe J. Bridge, J., entered November 30, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 29134-3-I.  Division One.  March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EATON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00213-1, Robert C. Bibb, J., entered August 6, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29625-6-I.  Division One.  March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL ACEVEDO-TOSCANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04587-5, Ricardo S. Martinez, J., entered November 6, 1991. *Dismissed* by unpublished per curiam opinion.